■ RICHBELL INFORMATION SERVICES, INC., et al., Appellants-Respondents, v JUPITER PARTNERS L.P., et al., Defendants and Counterclaim Plaintiffs-Respondents-Appellants. RICHBELL INFORMATION SERVICES, INC., et al., Counterclaim Defendants-Appellants-Respondents. [822 NYS2d 704]—Cross appeals from order, Supreme Court, New York County (Karla Moskowitz, J.), entered February 1, 2006, and appeal from orders, same court and Justice, entered March 13, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Williams, Gonzalez and Catterson, JJ.

■ RICHBELL INFORMATION SERVICES, INC., et al., Appellants, et al., Plaintiff, v JUPITER PARTNERS L.P., et al., Respondents, et al., Defendants. RICHBELL INFORMATION SERVICES, INC., et al., Counterclaim Defendants. [822 NYS2d 705]—Appeal from order, Supreme Court, New York County (Karla Moskowitz, J.), entered November 9, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Williams, Gonzalez and Catterson, JJ.